# IN THE SUPREME COURT OF THE STATE OF DELAWARE

QUAHEEM HALL, §
§ No. 92, 2015
  Defendant Below, §
  Appellant, §
§ Court Below—Superior Court
§ of the State of Delaware in and
  v. § for Kent County
§
STATE OF DELAWARE, § Cr. ID No. 1310003660
§
  Plaintiff Below, §
  Appellee. §

Submitted: March 17, 2015
Decided: March 18, 2015

## ORDER

This 18th day of March 2015, it appears to the Court that the Senior Court Clerk issued a notice on February 27, 2015 directing the appellant to show cause why this appeal should not be dismissed as untimely filed.[*] The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice

---

[*] The appellant filed his notice of appeal on February 27, 2015 from his sentencing in the Superior Court on January 26, 2015 on a violation of probation. Under Supreme Court Rule 6(a)(ii), an appeal from a violation of probation must be filed within thirty days of sentencing.